DISTRICT OF MINNESOTA

Michael James Kamann,

        Plaintiff,

v.                                                                    Civil No. 11-1261 (JNE/AJB)
                                                                     ORDER
Michael J. Astrue, Commissioner of
Social Security,

        Defendant.

    This case is before the Court on a Report and Recommendation issued by the Honorable

Arthur J. Boylan, United States Chief Magistrate Judge, on July 11, 2012.  The magistrate judge

recommended denying Plaintiff's Motion for Summary Judgment and granting Defendant's

Motion for Summary Judgment.  Plaintiff objected to the Report and Recommendation, and

Defendant responded.  The Court has conducted a de novo review of the record.  *See* D. Minn.

LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation [Docket

No. 25].

    Based on the files, records, and proceedings herein, and for the reasons stated above, IT

IS ORDERED THAT:

    1.      Plaintiff's Motion for Summary Judgment [Docket No. 21] is DENIED.

    2.      Defendant's Motion for Summary Judgment [Docket No. 23] is GRANTED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 6, 2012

                             s/  Joan N. Ericksen
                             JOAN N. ERICKSEN
                             United States District Judge